UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jose Paredes,

      Plaintiff(s),

 -v-

Luis Marshall, Superintendent at Sing Sing Corr. Fac.,

      Defendant(s).
------------------------------------------------------------X

LAURA TAYLOR SWAIN, District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 8 2007

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 9862 (LTS)(JCF)

  The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

 If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement* (Principals to participate as required by Magistrate Judge)

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

 Purpose:_____

_X_ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

 Particular Motion:_____
_____

 All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
    November 27, 2007

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
               United States District Judge