UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JOSE PAREDES,                                    : 07 Civ. 9862 (LTS) (JCF)
                                                 :
               Petitioner,                       :            O R D E R
                                                 :
      - against -                                :    ┌────────────────────────────┐
                                                 :    │ USDS SDNY                  │
LUIS MARSHALL,                                   :    │ DOCUMENT                   │
                                                 :    │ ELECTRONICALLY FILED       │
               Respondent.                       :    │ DOC #: _____     │
- - - - - - - - - - - - - - - - - - - -:         │ DATE FILED: 6/11/08        │
JAMES C. FRANCIS IV                              └────────────────────────────┘
UNITED STATES MAGISTRATE JUDGE

        Petitioner having failed to submit reply papers by May 15,

2008 pursuant to my Memorandum Endorsement dated February 19, 2008,

it is hereby ORDERED that petitioner submit any reply by July 15,

2008, failing which the petition shall be decided on the basis of

respondent's papers and the current record.

                         SO ORDERED.

                         _____
                         JAMES C. FRANCIS IV
                         UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          June 11, 2008

Copies mailed this date:

Jose Paredes
03-A-0477
Woodbourne Correctional Facility
Riverside Drive
Woodbourne, New York 12788

Ashlyn Dannelly, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271

1