UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
JOSE PAREDES,                         : 07 Civ. 9862 (LTS) (JCF)
                                      :
              Petitioner,             :        O R D E R
                                      :
   - against -                        :
                                      :
LUIS MARSHALL,                        :
                                      :
              Respondent.             :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Respondent having been unable to locate a copy of the transcript of the trial in this habeas corpus proceeding, and the transcript being necessary for evaluation of petitioner's claims, it is hereby ORDERED that respondent arrange for the state court proceedings to be re-transcribed and submit a copy of the transcript to the Court no later than September 30, 2008.


                         SO ORDERED.

                         _____
                         JAMES C. FRANCIS IV
                         UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          August 28, 2008

Copies mailed this date:

Jose Paredes
03-A-0477
Woodbourne Correctional Facility
Riverside Drive
Woodbourne, New York 12788

Ashlyn Dannelly, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

1